IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| HUNTER MULLEN, III, | ) | |
| | ) | |
| Plaintiff, | ) | 4:11CV3021 |
| | ) | |
| v. | ) | |
| | ) | MEMORANDUM AND ORDER |
| ERIC K. SHINSEKI, Secretary of the Veterans Affairs, | ) ) | |
| | ) | |
| Defendant. | ) | |

IT IS ORDERED:

1) The motion to withdraw filed by plaintiff's counsel, Corey L. Stull and the firm of Perry, Guthery, Haase & Gessford, P.C., L.L.O., (filing no. 41), is granted.

2) On or before February 7, 2012, the plaintiff shall either: (a) obtain the services of substitute counsel and have that attorney file an appearance on his behalf; or (b) file a statement notifying the court of his intent to litigate this case without counsel. Failure to comply with this order may result in dismissal for want of prosecution.

3) The clerk shall mail a copy of this order to the plaintiff:

    Hunter Mullen, III
    235 South Vine Street
    Grand Island, NE  68801

January 17, 2012.

                                                        BY THE COURT:

                                                        *s/ Cheryl R. Zwart*
                                                        United States Magistrate Judge