IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| HUNTER MULLEN III, | ) | |
| | ) | |
| Plaintiff, | ) | 4:11CV3021 |
| | ) | |
| v. | ) | |
| | ) | |
| ERIC K. SHINSEKI, Secretary of the Department of Veterans Affairs, | ) ) | MEMORANDUM AND ORDER |
| | ) | |
| Defendant. | ) ) | |

Pursuant to the court's prior memorandum and order, (filing no. 43), the plaintiff has notified the court that he wishes to pursue this case without counsel. See filing no. 44.

Accordingly,

IT IS ORDERED:

1) The clerk shall re-assign this case to the court's pro se docket.

2) The clerk shall mail a copy of this memorandum and order to the plaintiff at his address of record.

DATED this 10th day of February, 2012.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge