IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| HUNTER MULLEN III, | ) | 4:11CV3021 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **MEMORANDUM** |
| | ) | **AND ORDER** |
| ERIC K. SHINSEKI, Secretary of the | ) | |
| Department of Veterans Affairs, | ) | |
| | ) | |
| Defendant. | ) | |

    This matter is before the court on its own motion. The final pretrial conference in this matter, currently scheduled for October 4, 2012, is cancelled. The final pretrial conference may be rescheduled after the resolution of Defendants' Motion for Summary Judgment.

    IT IS THEREFORE ORDERED that the clerk's office is directed to cancel the final pretrial conference in this matter, currently scheduled for October 4, 2012. Defense counsel will not be required to submit a propose order on final pretrial conference unless later ordered to do so by the court. The final pretrial conference may be rescheduled after the resolution of Defendants' Motion for Summary Judgment, if necessary.

    Dated September 27, 2012.

                                    BY THE COURT

                                    /s/ Warren K. Urbom
                                    Warren K. Urbom
                                    United States Senior District Judge